**OMV MEDICAL, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Choctaw Management Services Enterprise, Defendant–Appellee.**

**No. 02–5021.**

United States Court of Appeals, Federal Circuit.

Dec. 9, 2002.

Before MAYER, Chief Judge, FRIEDMAN, Senior Circuit Judge, and RADER, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Craig GOTTLIEB, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

**No. 02–3089.**

United States Court of Appeals, Federal Circuit.

Dec. 11, 2002.

Before PAULINE NEWMAN, Circuit Judge, ARCHER, Senior Circuit Judge, and MICHEL, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36